GARY M. RESTAINO
United States Attorney
District of Arizona
JOSEPH F. BOZDECH
Assistant United States Attorney
California State Bar No. 303453
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: Joseph.Bozdech@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

                Plaintiff,

v.

Browning 1919A6 .30 Caliber Rifle,
SN:958501, and,
Browning M-2 .50 Caliber Rifle,
SN:332569,

                Defendants *In Rem*.

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

Plaintiff United States of America brings this Complaint and alleges as follows in accordance with Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Supplemental Rules):

**NATURE OF THE ACTION**

1. This is a civil action in rem, brought to enforce the provision of 18 U.S.C. § 924(d) for the forfeiture of any firearm involved in or used in a violation of, or a conspiracy to violate, 18 U.S.C. § 922(a)(1)(A) (engaging in the business of dealing in firearms without a license).

2. Venue and jurisdiction in Arizona are based upon 21 U.S.C. § 881(j), and 28 U.S.C. §§ 1355(b) and 1395 as acts and omissions occurred in the District of Arizona that give rise to this forfeiture action. This Court has jurisdiction. 28 U.S.C. §§ 1345 and 1355, and 18 U.S.C. § 981(h).

**THE DEFENDANTS *IN REM***

3.    The Defendants in rem consist of one Browning 1919A6 .30 Caliber Rifle, SN:958501, and one Browning M-2 .50 Caliber Rifle, SN:332569 (collectively, the "defendant property"). The defendant property is currently in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").

**BACKGROUND**

4.    Title 18 U.S.C. § 922(a)(1)(A) makes it is unlawful for any individual to engage in the business of dealing firearms without a license or, in the course of such business, to ship, transport, or receive any firearm in interstate or foreign commerce. A dealer in firearms is "any person engaged in the business of selling firearms at wholesale or retail." 18 U.S.C. 921(a)(11)(A).  Section 921(a)(21)(C) provides that "engaged in the business [of selling firearms]" means "as applied to a dealer in firearms . . . a person who devotes time, attention, and labor to dealing in firearms as a regular course of trade or businesses to predominantly earn a profit through the repetitive purchase and resale of firearms." 18 U.S.C. § 921(a)(2)(C). Anyone engaged in a business of dealing, manufacturing, or importing of firearms, or manufacturing or importing ammunition, must apply for and obtain a federal firearms license ("FFL") from ATF or be in violation of § 922(a)(1)(A).

5.    When a firearm is purchased from a federal firearms licensee, the purchaser must fill out an ATF Form 4473. This form is the official transfer record that documents the transfer of the purchased firearm(s) from the federal firearms licensee to the purchaser. The purchaser must provide personal information about himself and answer a series of questions to determine if the purchaser is buying the firearms for himself and if the purchaser is a prohibited possessor.

6.    The requirement that a firearms dealer must be licensed is explained on every ATF Form 4473.

7.    Form 4473 includes a certification section which states, "I certify that my answers are true, correct, and complete. I have read and understand the Notices,

2

Instructions, and Definitions on ATF Form 4473 . . . I also understand that making any false oral or written statements or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal Law and may also violate State and/or local law." Below this paragraph is a signature and date line where the purchaser must sign and date, certifying that the information provided on the form is true, correct, and complete.

8.    Based on training, experience, and consultation with other experienced firearms trafficking investigators, and numerous past and current ATF investigations in Phoenix, investigators know that firearms are purchased in cities located within the State of Arizona, or transferred to the State of Arizona, to be smuggled into areas with more restrictive firearm laws, such as California and Mexico.

9.    Based on training and experience, investigators know that common signs of dealing firearms without a license includes individuals purchasing multiple firearms, purchasing the same firearm multiple times, or making multiple purchases during a short period of time. Making such purchases in cash is also a sign of dealing firearms without a license.

## STATEMENT OF FACTS

### *ATF's Prior Investigation of Daniel Martinez Arroyo*

10.    On or about June 2, 2017, Daniel Martinez Arroyo ("Arroyo") purchased a Canik Model TP-9SF, 9mm Pistol, Serial Number (SN) 17AT037890 (the "Canik") from FFL Sportsman's Warehouse in Avondale, Arizona. The Canik was recovered by the Los Angeles Police Harbor Division in August of 2019 in the possession of a convicted felon. Investigators know that buying and selling a firearm that is later recovered in connection with a criminal offense is an indicator of firearms trafficking, material false statements in the acquisition of a firearm, and other related criminal activity.

11.    On August 23, 2018, Arroyo purchased a FN M249 .556mm rifle SN: M249SA05213 (the "FN M249") from FFL Mo Money Pawn in Phoenix, Arizona.

12. On or about December 16, 2018, ATF Special Agents Loving and Walton interviewed Arroyo regarding the purchase of the FN M249, during which Arroyo admitted that he often purchased and sold firearms, including the FN M249.

13. Arroyo admitted that he sold the FN M249 for $11,000 to an unknown individual on the www.armslist.com website approximately one month after he purchased it. Arroyo told investigators that he utilized the profit to make renovations to his backyard landscape.

14. During the December 16, 2018 interview, the ATF Agents warned Arroyo about dealing firearms without a Federal Firearms License and explained the process through which Arroyo could attempt to obtain an FFL.

15. ATF later learned that Arroyo had purchased approximately 60 firearms between January 2021 and June 2022. Of those 60 firearms, approximately 30 were belt-fed rifles of similar makes and models. Approximately nine were .50 caliber belt-fed rifles, which generally retail from $15,000 to $25,000 each.

16. Based on training and experience, ATF investigators know that belt-fed rifles such as the .50 caliber M-2 Browning and the .556 FN M249 are often sought by criminal organizations. Selling belt-fed weapons is highly profitable as they are typically sold to drug organizations in Mexico, where they are used to facilitate criminal activity.

17. Based on experience, investigators know it is not typical for one individual to purchase more than one .50 caliber rifle unless the firearms are purchased for the purpose of being sold for profit.

18. Investigators learned that from 2020 to 2022, Arroyo spent over $315,928 purchasing firearms. The following firearms were purchased by Arroyo from FFL Peoria Pawn located in Peoria Arizona using address 7412 W. Cordes Road, Phoenix Arizona 85043:

| Date of Purchase | Firearm Description |
| --- | --- |
| 01/15/2021 | Century Arms Micro Draco, 7.62x39mm, SN: PMK-21959-20 |
| 01/19/2021 | Century Arms Micro Draco 7.62x39mm, SN: PMD-2280420 |

| 02/03/2021 | Century Arms Micro Draco 7.62x39mm, SN: PMD-22576-20 |
|---|---|
| 05/17/2021 | Marcolomar UK59 rifle, 7.62x54mm, SN: JK-5394<br>Wiselite Arms PKM rifle 7.62x54mm, SN: WLA29-GL251<br>Century Arms L1A1, .308 rifle, SN: 1CL00319 |
| 06/07/2021 | Ohio Ordinance M240 SLR rifle, 7.62x51mm, SN: 24018 |
| 07/19/2021 | Glock 19x, 9mm, SN: AFTD261<br>Glock 43x, 9mm, SN: DUDF115<br>Glock 45, 9mm, SN: BTYC609 |
| 07/27/2021 | Browning M2 .50 caliber rifle, SN: 320569<br>Vector Arms RPD-SH rifle 7.62x39mm, SN: CT624<br>Mauser MG42 8mm rifle, SN: 1-27453 |
| 08/09/2021 | Glock 19 Gen 3 9mm Pistol, SN: BTXD789<br>Heritage Barkeep, .22LR, SN: 1BH448850<br>Mossberg Shotgun 500E 12-gauge, SN: T380997 |
| 08/21/2021 | Browning Arms M-2 .50 caliber rifle, SN: 0538<br>Browning Arms M-2 .50 caliber rifle, SN: V0020 |

19.    The following firearms were purchased by Arroyo from FFL Peoria Pawn using address 2911 S. 95th Dr. Tolleson, Arizona 85353:

| Date of Purchase | Firearm Purchased |
|---|---|
| 12/21/2021 | MVB SG43 7.5x54mm rifle, SN: 7777<br>Browning Arms .50 caliber rifle, SN: 20211680<br>Lewman Arms M53 7.92mm rifle, SN: F-22391 |
| 12/27/2021 | FN Herstal SCAR 17S rifle, 7.62x51mm s/n HC32968<br>FN Herstal SCAR 17S rifle, 7.62x51mm s/n HC57082<br>FN Herstal SCAR 17S rifle, 7.62x51mm s/n HC337387<br>Mauser 98 rifle .30-.06 caliber s/n 4132 |
| 12/31/2021 | Glock Model 45 9mm Pistol, SN: BSNH196<br>Heritage Rough Rider .22LR, SN: 3PH080923 |
| 02/24/2022 | Colt Official Police .38 special revolver, SN: 734851 |

21.    On November 14, 2022, Arroyo purchased the following firearms from FFL Super Pawn located in Phoenix, Arizona:

Beretta Model A400, 12-gauge shotgun, SN: XA05475, and

CZ Model P-10-C 9mm pistol, SN: UA07080.

22.    Between July and December of 2021, Arroyo purchased at least 25 firearms from one individual. These purchases included three Barrett .50 caliber rifles at $12,000 each, one AK style rifle for $3,000, and at least 20 AR style rifles.

23.    A review of ATF databases reflected no record of Arroyo ever having submitted an application for or obtaining a FFL.

5

### *Arroyo's Purchase of the Defendant Property*

24.    On April 19, 2022, ATF investigators spoke with the owners/operators of Peoria Pawn.  Agents learned that Arroyo made arrangements for the defendant property to be transferred from FFL The Patriot's Den located in St. Croix Falls, Wisconsin to Peoria Pawn in Arizona. The Patriot's Den shipped both Browning rifles to Peoria Pawn.

25.    Both Browning rifles were stamped "machine gun" on the outside of the receiver on the right-side plate of each gun. Investigators know based on training and experience that these firearms can be machine guns.

26.    Patriot Pawn's owners believed that Arroyo paid approximately $24,000 for the Browning M-2 .50 caliber rifle and approximately $7,500 for the Browning 1919 .30 caliber rifle.

27.    According to Peoria Pawn, Arroyo used the telephone number (623) 451-XXXX to facilitate the transfer.

28.    On April 20, 2022, an ATF investigator called (623) 451-XXXX. Arroyo answered, and the investigator attempted to set up an interview. Arroyo made excuses not to meet and declined ATF's offer to meet with Arroyo and his attorney.

### *Arroyo's Purchases of Firearms from Seller 1[1]*

29.    On April 20, 2022, ATF investigators spoke with Seller 1, who had previous firearms deals with Arroyo. Seller 1 explained that s/he obtained parts or kits to build or manufacture firearms, specifically .50 caliber and 1919-style .30 caliber rifles.

30.    Seller 1 explained that s/he met Arroyo through the owner/operator of The Patriot's Den. Seller 1 stated Arroyo traveled from Arizona to Wisconsin on three or four occasions to discuss the type of guns Arroyo wanted built. Seller 1 sold three or four .50 caliber style rifles and two .30 caliber 1919-style rifles to Arroyo through The Patriot's Den from 2021 to 2022. Arroyo paid for these firearms in cash or by cashier's check.

31.    Seller 1 informed investigators that s/he last spoke with Arroyo the week of April 13, 2022, to discuss the building/manufacturing of additional M-2 .50 caliber rifles.

---

[1] The name of all sellers in this Complaint are known but withheld for safety reasons.

32.    Seller 1 advised that Arroyo told Seller 1 that he would shoot the guns out in the desert and then "flip them" for profit.

33.    Seller 1 provided investigators with the following notes detailing Arroyo's cash purchases:

| Date Purchased | Firearm Type | Payment |
|---|---|---|
| 03/26/2022 | Browning M-2 .50 caliber rifle, SN: 332569 | $22,500 |
| 03/26/2022 | Browning 1919 .30 caliber rifle, SN: 958501 | $6,800 |
| 10/20/2021 | Browning 1919 .30 caliber rifle, SN: 498222 | $6,800 |
| 10/09/2021 | Browning M-2 .50 caliber rifle, SN: 1176269 | $20,585 |
| 07/20/2021 | Browning M-2 .50 caliber rifle, SN: 0538 | $20,585 |
| 07/20/2021 | Browning M-2 .50 caliber rifle, SN: 320569 | $15,500 |

34.    Seller 1 reiterated that after s/he built/manufactured the belt-fed rifles for Arroyo, s/he delivered them to The Patriot's Den. Arroyo traveled from Arizona to The Patriot's Den in Wisconsin where he completed the ATF Form 4473. The Patriot's Den then processed the transfer of firearms to Peoria Pawn or other FFL in Arizona.

35.    On July 18, 2022, ATF investigators spoke with Seller 1 over the telephone about firearms he manufactured for Arroyo. Seller 1 stated that in October 2021, Arroyo flew to Wisconsin to purchase a Browning M-2 .50 caliber rifle, SN: 1176269 and a Browning 1919 .30 caliber rifle, SN: 498222.

36.    Seller 1 remembered these firearms and stated that they were manufactured for a named friend of Arroyo ("Friend").[2]

37.    Seller 1 recalled that Arroyo had purchased the Browning 1919 rifle manufactured for Friend with a cashier's check drawn on Mountain America Credit Union from Daniel Arroyo to Seller 1 in the amount of $7,350.

38.    The memo line of the cashier's check read "Purchase of a semi trailer."

39.    Seller 1 stated that s/he never sold Arroyo a "semi trailer," and that this check and all the other payment was for the gun only.

---

[2] The identity of this person is known but withheld for safety reasons.

40. Seller 1 said that Arroyo paid $20,585 in cash for the M-2 .50 caliber rifle manufactured for Friend.

41. Seller 1 also stated that Arroyo called in late June 2022 or early July 2022 and asked her/him if Seller 1 had any information about the ATF investigation.

42. Seller 1 claimed that s/he said nothing about their conversations with ATF. Arroyo advised Seller 1 that he was sorry for any headaches the ATF investigation may have caused.

43. Arroyo claimed that he had been "cleared" of any wrongdoing by ATF and asked Seller 1 if s/he had more M-2 .50 caliber rifles for sale.

### *Arroyo's Purchases on Behalf of Friend*

44. ATF investigators later learned that the Browning M-2 .50 caliber rifle, SN:1176269, and the Browning 1919 .30 caliber rifle, SN: 498222, purchased by Arroyo on October 9 and 20, 2021, were transferred to Friend through FFL Tactical Studio located in Glendale, Arizona.

45. On May 17, 2022, ATF investigators arrived at Friend's residence where Friend agreed to voluntarily speak with investigators.

46. Friend admitted that in the past year Arroyo had arranged for Friend to purchase one .50 caliber M-2 rifle and one .30 caliber 1919-style rifle.

47. Friend admitted that s/he and Arroyo were acquaintances and that Arroyo got her/him into guns.

48. Friend stated that Arroyo advised her/him about ATF and that if s/he were to ever sell guns, s/he should refer to the sale as a "Private Sale."

49. Friend admitted that he sold his M-2 .50 caliber rifle for $25,000 making a profit of $5,000. Friend admitted to selling the 1919 .30 caliber rifle for $9,000 making a profit of approximately $1,000. Friend admitted he only had these firearms for a couple of months before selling them for profit.

50.    Friend admitted that Arroyo made the arrangements for Friend to obtain the M-2 .50 caliber rifle, and 1919-style .30 caliber rifle by traveling to The Patriots Den in Wisconsin to purchase them and arrange for transfer to Arizona.

*__Arroyo's Purchases from Seller 2__*

51.    On June 30, 2022, ATF investigators spoke with Seller 2 over the telephone about firearms s/he sold to Arroyo.

52.    Seller 2 stated that s/he remembered meeting Arroyo at The Patriots Den in St. Croix Falls, Wisconsin in approximately July of 2021, where Arroyo was inspecting a .50 caliber M-2 rifle. T.D. believed that Arroyo had traveled to Wisconsin from Arizona.

53.    Seller 2 advised Arroyo had inspected and purchased a MG-42 style rifle from her/him and provided investigators with text messages with Arroyo on her/his cellular phone.

54.    Seller 2 stated that Arroyo purchased the MG-42 rifle from her/him for $8,500 and provided investigators with a copy of a cashier's check dated July 14, 2021, from Daniel Arroyo.

*__Arroyo's Dealings with Seller 3__*

55.    On July 16, 2022, ATF investigators spoke with Seller 3 of FFL Summit Ordinance located in Clinton, Ohio. Seller 3 stated that s/he met Arroyo through www.gunbroker.com.

56.    Seller 3 stated that Arroyo flew from Arizona to Ohio to view and inspect a .50 caliber rifle and other guns/parts in approximately December 2021. Seller 3 stated that Arroyo insisted on coming to Ohio to inspect/purchase the firearm. Seller 3 stated that Arroyo purchased a Browning M-2 .50 caliber rifle for $20,000, and a MWB SG-43 7.5x54mm rifle for $15,000.

57.    Seller 3 stated that Arroyo also purchased gun parts for M134 Mini Guns, MAG58/M240 rifle parts, 1919-style rifle parts, and MG42 rifle parts. Seller 3 stated that Arroyo paid cash and cashier's checks for the guns and gun parts. Seller 3 remembered ARROYO paying her/him a large amount of cash for the rifles in December 2021.

9

58.    Seller 3 received at least $51,300 in cashier's checks from ARROYO from December 2021 to June 2022. Seller 3 stated that on June 23, 2022, ARROYO paid him $16,000 for various gun parts kits listed above.

59.    When asked about the Mountain America Credit Union Cashier's Check #8877213 dated December 6, 2021, payable to Seller 3 from Arroyo in the amount of $7,350 with a memo line that read "TRUCK PARTS," Seller 3 stated that s/he never sold ARROYO any truck parts and that this check was for the purchase of a gun (either a M-2 .50 caliber rifle or the SG43 rifle).

60.    During the week of July 14, 2022, Seller 3 said that Arroyo had contacted her/him and asked if Coots had any more M-2 .50 caliber rifles for sale.

### *Other Firearm Purchases by Arroyo*

61.    On July 6, 2022, ATF investigators spoke with Seller 4 over the telephone regarding the 2021 sale of a M-2 .50 caliber rifle and a .50 caliber receiver/parts kit.

62.    Seller 4 could not remember the name of the purchaser but did remember that s/he met the purchaser on www.gunbroker.com. Seller 4 stated that the purchaser flew from Arizona to Kentucky to see the M-2 .50 caliber rifle and a .50 caliber receiver/parts kit and purchased the firearms with $15,600 in cash.

63.    Seller 4 stated that s/he then shipped both items to FFL Peoria Pawn in Peoria, Arizona.

64.    On July 13, 2022, ATF investigators spoke with Seller 5 of FFL Lewman Arms located in Lakeland, Florida. Seller 5 confirmed that in December of 2021 s/he sold two belt-fed M53 7.92 caliber rifles to Arroyo via Peoria Pawn.

65.    On July 20, 2022, ATF investigators spoke with Seller 6. Seller 6 stated that in June or July of 2021, s/he advertised a Vector Arms RPD-SA 7.62x39mm rifle on www.gunbroker.com.

66.    Seller 6 stated that this firearm was sold to a Daniel Arroyo for $7,906.85. Mountain America Credit Union shows a cashier's check #860006863 dated June 25, 2021, from Daniel Arroyo to Seller 6. Seller 6 shipped the gun to Peoria Pawn on or

about July 1, 2021. The firearm was then transferred to Arroyo from Peoria Pawn on or about July 27, 2021.

67.    On July 21, 2022, ATF investigators spoke to Seller 7 and her/his attorney. Seller 7 admitted that s/he sold three FN Herstal SCAR 7.62x39mm rifles to Arroyo for approximately $5,000 per firearm. Seller 7 was able to identify Arroyo by photograph.

68.    Seller 7's attorney later contacted ATF and conveyed that Seller 7 sold 25 to 30 firearms from July 2021 to December 2021, and that Seller 7 stated all 25 to 30 firearms were rifles.

69.    Seller 7 sold Arroyo at least three Barrett .50 caliber rifles for approximately $12,000 each. The other 20 to 25 rifles were AR-style rifles. Seller 7 said s/he sold Arroyo approximately $77,000 to $82,000 in firearms to Arroyo in six months.

70.    In July 2022, ATF investigators reviewed Arroyo's account records from www.gunbroker.com. The account has a listed address of 2911 S. 95th Dr. Tolleson, Arizona 85353. This account shows purchases of firearms and gun parts in 2021 and 2022 and includes purchases from FFL Seller 3 at Summit Ordnance.

71.    ATF is unable to identify specific firearms purchased by Arroyo from FFLs since July 2022, however, based upon reports submitted to ATF by federal firearms licensees, Arroyo has continued to engage with various FFLs regarding the potential purchase of firearms.

72.    On August 5, 2022, Arroyo purchased one Romarm/Cugir WSAR-10 7.62mm caliber rifle from an individual. Arroyo purchased a second Romarm/Cugir WSAR-10 7.62mm caliber rifle from a different individual on or about August 8, 2022. On September 1, 2022, law enforcement recovered both firearms in San Diego, California during a seizure of firearms and ammunition bound for Mexico.

### *Arroyo's Reported Income and Assets*

73.    On March 24, 2023, ATF obtained the last reported wages for Daniel Arroyo through Arizona Department of Economic Security. The last reported wages for Daniel Arroyo dated to the first quarter of 2021 in the amount of $3,400.

11

74. In March of 2023, ATF conducted a query on maricopacountyassessor.com. The following real property is owned by Arroyo:

(a) 2911 S. 95th Dr. Tolleson, Arizona; and

(b) 9894 N. 117th Place, Scottsdale, Arizona.

(c) 303 E. South Mountain Ave. #60, Phoenix, Arizona 85042

75. ATF performed a query through the Arizona Department of Motor Vehicles (AZ DMV). According to AZ DMV, the following vehicles are registered to Arroyo with a home address of 2911 S. 95th Dr. Tolleson, Arizona 85353:

(a) 2016 Toyota Tundra, Arizona registration 69A00E; and

(b) Acura TL Arizona registration J5A3YL.

76. Agents know that one indicator of illegal gun dealing is a purchaser lacking the legitimate income or resources to fund the purchase of many weapons.

**SUMMARY**

77. Arroyo purchased at least 60 firearms between 2021 and 2022.

78. Many of these firearms were belt-fed and heavy caliber rifles of types which are often trafficked. Arroyo has purchased multiple firearms of the same make, model, and caliber, often paying in cash or by cashier's checks which sometimes include misleading information about the subject of the transaction.

79. Arroyo has repeatedly traveled from Arizona to other states to purchase firearms.

80. Arroyo has purchased firearms from one individual and delivered them to another person located in a different state from the initial seller.

81. At least four firearms purchased by Arroyo were subsequently recovered by law enforcement in California and Mexico.

82. Arroyo last had a reported income of $3,400 in the first quarter of 2021. Since the first quarter of 2021, Arroyo has had no reported income.

83. Arroyo spent at least $315,928 on firearms purchases from 2020 to 2022.

84. Arroyo does not hold a valid FFL.

85.    Arroyo is or has been involved in the business of repetitive buying and selling of firearms with the purpose of profit.

86.    Arroyo was made aware through the warnings included in ATF Form 4473 and through his December 16, 2018 interview with ATF agents of the illegality of dealing in firearms without a valid license.

87.    Arroyo purchased the defendant property in connection with his unlicensed business of dealing in firearms and caused the defendant property to be shipped in interstate commerce from Wisconsin to Arizona.

## FIRST CLAIM FOR RELIEF

The defendant property are firearms involved in or used in a violation of, or a conspiracy to violate 18 U.S.C. § 922(a)(1)(A) (engaging in unlicensed dealing in firearms and/or manufacturing) and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d).

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that process issue for an arrest warrant *in rem* issue for the arrest of the defendant property; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court deems just and proper, together with the costs and disbursements of this action.

Respectfully submitted this 27th day of July 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/Joseph F. Bozdech*
Assistant United States Attorney

13