WO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CV-23-01499-PHX-JAT |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Browning 1919A6 .30 Caliber Rifle, SN:958501 and Browning M-2 .50 Caliber Rifle, SN:332569, | |
| Defendants. | |
| Daniel R M Arroyo, | |
| Claimant. | |

**IT IS ORDERED** lifting the stay in this case.

**IT IS FURTHER ORDERED** that the deadline to complete discovery is June 1, 2026.

**IT IS FURTHER ORDERED** that dispositive motions are due by July 1, 2026.

Dated this 4th day of December, 2025.

James A. Teilborg
Senior United States District Judge