TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOSEPH F. BOZDECH
California State Bar No. 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Joseph.Bozdech@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **CV-23-01499-PHX-GMS** |
| Plaintiff, | **STIPULATION TO WITHDRAW CLAIM AND DISMISS CLAIMANT'S VERIFIED CLAIM OF INTEREST** |
| Browning 1919A6 .30 Caliber Rifle, SN:958501, and, | |
| Browning M-2 .50 Caliber Rifle, SN:332569, | |
| Defendants *In Rem.* | |

Plaintiff United States of America ("United States") and Claimant Daniel R. M. Arroyo hereby stipulate that Claimant withdraws his claim in this matter and that Claimant's verified claim of interest shall be dismissed pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, and in conjunction with 18 U.S.C. § 983. It is agreed that all parties will bear their own costs and fees for this matter.

Respectfully submitted this 28 day of December 2025.

/s/
MELANIE M. LABOY
Mayes Telles PLLC
Attorney for Claimant

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Joseph F. Bozdech*
JOSEPH F. BOZDECH
Assistant United States Attorney