**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Browning 1919A6 .30 Caliber Rifle, SN:958501, et al.,

Defendants.

No. CV-23-01499-PHX-JAT

**DEFAULT JUDGMENT**

On motion of plaintiff for judgment by default of defendants Browning 1919A6 .30 Caliber Rifle, SN:958501, and, Browning M-2 .50 Caliber Rifle, SN:332569 (the "defendant property"), and the Court finding that service of process has been duly made in accordance with law and that the sole claimant has withdrawn his claim and no other party has claimed said defendant property or has properly pled, answered or otherwise appeared in these proceedings and is now in default, and the Court further finding that from an examination of the record, that the allegations contained in the verified Complaint are true;

**IT IS ORDERED, ADJUDGED AND DECREED** that the interest of Daniel Martinez Arroyo, and all others in the defendant property is forfeited to the United States of America pursuant to 18 U.S.C. § 924(d).

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the defendant property be disposed of according to law.

Dated this 14th day of April, 2026.

James A. Teilborg
Senior United States District Judge